# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 12, 2014

## NO. 03-14-00020-CV

**Amber Murray Weisbrod, Appellant**

**v.**

**Bobba Lyle Weisbrod, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION --
OPINION BY CHIEF JUSTICE JONES**

Having reviewed the record, the Court holds that Amber Murray Weisbrod has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.